*Miscellaneous Order.*

No. 91, Misc.  McCANN *v.* UNITED STATES.  Petition denied.  MR. JUSTICE DOUGLAS took no part in the consideration or decision of this application.

*Certiorari Granted.*  (*See also No. 332, supra.*)

No. 44.  SWEATT *v.* PAINTER ET AL.  Supreme Court of Texas.  Certiorari granted.  *W. J. Durham, William H. Hastie, William R. Ming, Jr., James M. Nabrit, Jr.* and *Thurgood Marshall* for petitioner.  *Price Daniel,* Attorney General of Texas, *E. Jacobson,* Assistant Attorney General, and *Joe R. Greenhill,* First Assistant Attorney General, for respondents.  Briefs of *amici curiae* supporting the petition were filed by *Thomas I. Emerson, John P. Frank, Harold C. Havighurst* and *Edward H. Levi* for the Committee of Law Teachers Against Segregation in Legal Education; *Arthur J. Goldberg* and *Thomas E. Harris* for the Congress of Industrial Organizations; *William Maslow, Shad Polier* and *Joseph B. Robison* for the American Jewish Congress; *Marcus Cohn* and *Jacob Grumet* for the American Jewish Committee et al.; *Phineas Indritz, Paul Dobin* and *Jerome H. Spingarn* for the American Veterans Committee; and *Charles H. Tuttle* for the Federal Council of the Churches of Christ in America.